

FILED
U.S. Bankruptcy Court
JUL 17 2018
Middle District of Georgia

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In re:                                  Case No. 18-10575-AEC

SHANNON DIONNE MATHIS,                  Chapter 7
        Debtor(s)

RESPONSE TO MOTION REGARDING
THE AUTOMATIC STAY AND
DECLARATION(S) IN SUPPORT

Date: August 22, 2018
Time:  10:00 am
Courtroom:  US Bankruptcy Court
Place:  201 W. Broad Avenue
        Albany, Georgia 31701

EAZY RIDE AUTO SALES,
        Movant

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COME NOW the Debtor, Shannon Dionne Mathis and hereby submits this Opposition to the Motion for Relief from the Automatic Stay filed by Movant, Eazy Ride Auto Sales.

This Opposition is made and based upon all files, pleadings, and records on file herein, together with the points and authorities attached herein, the declaration of respondent disputes the allegations/evidence contained in the Motion and contends as follows:

Movant's description of the status of the unlawful detainer proceeding is not accurate.

Date: 6 July 2018

Shannon Dionne Mathis
Respondent (Printed)

Respondent (Signature)

## STATEMENT OF FACTS

On, May 15, 2018, Debtor, Shannon Dionne Mathis filed a voluntary Petition for bankruptcy pursuant to Chapter 7 of the U.S. Bankruptcy Code.

On, June, 27, 2018, Eazy Ride Auto Sales, Movant filed a Motion for Relief from Stay as to the Debtor and her bankruptcy estate with respect to 2011 Nissan Maxima.

On or about June 6, 2018, Movant, Eazy Ride Auto Sales violated the Automatic Stay in repossessing the 2011 Nissan Maxima from debtor's address at 1715 Gillespie Avenue. At the time of the repossession the Debtor was protected under the US Bankruptcy Code U.S. Code § 362 – Automatic Stay.

On June 6, 2018, Debtor, Shannon Dionne Mathis, spoke with Movant regarding bankruptcy and re-issued the Movant with another copy of the petition and was told by the Movant that I could not file the property under said bankruptcy and they had a right to repossess the property to avoid their losses and that I would have to speak with the owner moving forward. Debtor left her contact information for the owner to contact her.

On June 11, 2018, Debtor returned to Eazy Ride Auto Sales where she spoke with owner, R. Wayne Downing , Movant and spoke regarding the bankruptcy petition and possible refinance of said property.

Between the months of September 2017 and May 2018, the Debtor has made a total in payments in the amount of $4,182.43 via cash, money order and checks ($456.38 per month) in a nine (9) month span. Monthly payment for property is $378.33. Note: Receipts for some cash payments were not rendered due to payments being made after hours via drop box. According to receipts issued on August 17, 2017 (Account Balance: $14,620.76) and February 28, 2018 (Account Balance: $10,828.33),

the Debtor had made a total of $3,792.43 in payments to the Movant and on March 22, 2018 an official check was sent from Debtor's checking account in the amount of $190.00 to the Movant and on May 2, 2018 a money order in the amount of $200.00 was dropped in the Movant's drop box. The combined payments shows that the Debtor made a total in payments of $4,182.43 to the Movant so, the Debtor was not behind on payments for said property.

Debtor accepts Movant's assertion to not reaffirm and assume the lease agreement.

Debtor asserts that the Movant wrongfully violated the automatic stay without good cause.

WHEREFORE, Shannon Dionne Mathis, respectfully requests:

(a) That the Debtor not be responsible for the Movant's costs and attorney's fees for this action;

(b) That the Movant be sanctioned and award the Debtor for transportation costs ($2,396.96), lost wages for June 6, 2018 and June 7, 2018 ($206.80 at $12.88 per hour) and emotional distress ($2,396.96).

(c) That the Debtor has such other and further relief as is just and proper.

Shannon Dionne Mathis
Pro Se Debtor

Shannon Dionne Mathis
Pro Se Debtor
1715 Gillespie Avenue
Albany, Georgia 31707
(229) 809-9523 (c)
shannon.mathis120@att.net

## CERTIFICATE OF SERVICE

I, **Shannon Dionne Mathis,** do certify that I have served the Movant's attorney and the Chapter 7 Trustee with a true and correct copy of the within and foregoing Opposition to the Motion for Relief from Automatic Stay by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Emmett L. Goodman, Jr.
Movant's Attorney
544 Mulberry Street, Suite 800
Macon, Georgia 31201

Ms. Joy Webster
Chapter 7 Trustee
P.O. Box 1098
Macon, Georgia 31202

This 6th day of July 2018.

Shannon Dionne Mathis
Pro Se Debtor

Shannon Dionne Mathis
Pro Se Debtor
1715 Gillespie Avenue
Albany, Georgia 31707
(229) 809-9523 (c)
shannon.mathis120@att.net

# Exhibit 1

(a) Lease Agreement
(b) Receipt (02/14/2017)
(c) Receipt (02/15/2017)
(d) Receipt (02/20/2017)
(e) Receipt (05/19/2017)
(f) Receipt (08/17/2017)
(g) Receipt (08/22/2017)
(h) Receipt (11/01/2017)
(i) Receipt (11/02/2017)
(j) Receipt (12/28/2017)
(k) Receipt (01/25/2018)
(l) Receipt (02/16/2018)
(m) Receipt (02/28/2018)
(n) Bank Statement (Official Check 03/22/2018)
(o) Money Receipt (05/02/2018)
(p) Time Card (05/27/18-06/0918)

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

| | | | |
|---|---|---|---|
| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | | KEEP THIS RECEIPT FOR YOUR RECORDS |
| | Address | | Case No.: 18-10575-AEC |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 24241122134 | 2017-02-14 | 317021 | $490.00 | 04 |

---

**Receipt**  Date 02/14/2017        78998

Received from  Shannon Mathis        $ 1500.00

Fiften Hundred & 00/100 Cents        Dollars

○ For Rent
✓ For  Nissan Maxima

| ACCOUNT | 3000 | 00 |
|---|---|---|
| PAYMENT | 1500 | 00 |
| BAL. DUE | 1500 | 00 |

✓ CASH
○ CHECK
✓ MONEY ORDER
○ CREDIT CARD

From 1010 (Cash)  To 490 (Money o)

By Ernest Sibley

05-15

Case No.: 18-10575-AEC

**Receipt**     Date 2·15 2017     **789987**

Received from _Shawn on Mathis_    $ 800.00

_Eight-Hundred Dollars_ _____ Dollars

○ For Rent
○ For _____

| ACCOUNT | | ○ CASH | | |
| PAYMENT | | ○ CHECK | From _____ To _____ |
| | | ○ MONEY ORDER | |
| BAL. DUE | 800 | ○ CREDIT CARD | By _Chris Steel_ |

05-15

Case No.: 18-10575-AEC

*Receipt*     Date 2/20/17     789993

Received from Shannon Mathis     $ 700.00

*Dollars*

○ For Rent
○ For _____ Side note

| ACCOUNT | 700 | 00 | ⊘ CASH | |
| PAYMENT | | | ○ CHECK | From _____ To _____ |
| BAL. DUE | 00 | 00 | ○ MONEY ORDER | By S. Tyner |
| | | | ○ CREDIT CARD | 05-15 |

**Case No.: 18-10575-AEC**

**UNITED STATES POSTAL SERVICE**

**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | | |

| Serial Number | | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|---|
| 23707925910 | | 2017-05-19 | 317021 | $180.00 | 12 |

---

*Receipt*    Date 05-19-2017    790068

Received from  Shannon Mathis    $180.00

One Hundred Eighty Dollars    Dollars

○ For Rent
☑ For    Car Payment (Nissan Maxima)

| ACCOUNT | 380 | 00 | ○ CASH | From _____ To _____ |
|---|---|---|---|---|
| PAYMENT | 180 | 00 | ○ CHECK ☑ MONEY ORDER | By Ernest Sibley |
| BAL. DUE | 200 | 00 | ○ CREDIT CARD | 05-15 |

Case No.: 18-10575-AEC

**RECEIPT** DATE 8/17/17          No. 951

RECEIVED FROM Shannon Mathis          $ 140.00

_____ DOLLARS

○ FOR RENT
○ FOR _____

| ACCOUNT | 1460 76 | ○ CASH | FROM _____ TO _____ |
| PAYMENT | 140 | ○ CHECK | |
| BAL. DUE | 223.6) | ○ MONEY ORDER / ○ CREDIT CARD | BY S. Tyne |

Account balance as of 8/17/17

Case No.: 18-10575-AEC

**RECEIPT** DATE 08/22/2017     No. 951725

RECEIVED FROM _Shannon Mathis_    $ 223.00

_____ DOLLARS

○ FOR RENT  _Nissan Maxima_
◉ FOR _____

| ACCOUNT | 223 | 00 | ☑ CASH |
|---|---|---|---|
| PAYMENT | 223 | 00 | ○ CHECK |
| BAL. DUE | 0 | 00 | ○ MONEY ORDER |
|  |  |  | ○ CREDIT CARD |

FROM _____ TO _____

BY _Ernest Lilley_

Case No.: 18-10575-AEC

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- | --- |
| | Address | | |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
| --- | --- | --- | --- | --- |
| 23777469257 | 2017-11-01 | 317021 | $380.00 | 04 |

---

## RECEIPT   DATE 11/1/17   No. 951793

RECEIVED FROM *Shannon Mathis*                          $ 380.00

○ FOR RENT                                              _____ DOLLARS
○ FOR        *Car Payment*

| ACCOUNT | 380 00 | ○ CASH | |
| --- | --- | --- | --- |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY  *S. Tyre* |

Case No.: 18-10575-AEC

**CUSTOMER'S RECEIPT**

**UNITED STATES POSTAL SERVICE®**

| Pay to | | KEEP THIS RECEIPT FOR YOUR RECORDS |
| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Address | |
| **NOT NEGOTIABLE** | | |

Serial Number: 23777489327

| Year, Month, Day | Post Office | Amount | Clerk |
| 2017-11-02 | 317021 | $190.00 | 12 |

**RECEIPT** DATE 11/2/17     No. 951794

RECEIVED FROM Shannon Mathis     $ 190.00

_____ DOLLARS

○ FOR RENT
○ FOR _____ th· payment

| ACCOUNT | 190 | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | |
| BAL. DUE | | ○ MONEY ORDER | BY S. Tyna |
| | | ○ CREDIT CARD | |

Case No.: 18-10575-AEC

**RECEIPT** DATE 12/28/17   **No.** 951860

RECEIVED FROM Shannon Mathis      $ 400.00

_____ DOLLARS

○ FOR RENT   BAR Payment
○ FOR _____

| ACCOUNT | 400 | 00 | ⊘ CASH | | |
|---------|-----|----|--------|--|--|
| PAYMENT | | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | 00 | | ○ MONEY ORDER | | |
| | | | ○ CREDIT CARD | BY S Tyme |

Case No.: 18-10575-AEC



RECEIPT  DATE 1/25/18  No. 951896

RECEIVED FROM Shannon Mathis  $ 180.00

○ FOR RENT
○ FOR ___  Car Payment  ___ DOLLARS

| ACCOUNT | 180 00 | ○ CASH | | |
| PAYMENT | | ○ CHECK | FROM ___ TO ___ |
| BAL. DUE | | ○ MONEY ORDER / ○ CREDIT CARD | BY  S. Tyner |

Case No.: 18-10575-AEC



EAZY RIDE AUTO SALES LLC                                    REC    :        3009
1010 S. MARTIN LUTHER KING BLV                             TYPE   :         1
AMERICUS, GA  31709-                                        ACCT #:    3570

Case No.: 18-10575-AEC

DATE & TIME OF PAYMENT :        02/28/18         5:33:35 PM

SHANNON DIONNE MATHIS
1715 GILLISPIE AVE
ALBANY, GA  31707-

STOCK #   3877

| DUE DATE | DATE PAID | REFERENCE | CHARGES | DEBITS | CREDITS | BALANCE |
|----------|-----------|-----------|---------|--------|---------|---------|
| 11/08/17 | 02/28/2018 | MON ORD STAFF | 32.73 | 0.00 | 327.27 | 10828.33 |

*THANKS FOR YOUR PAYMENT*
*TELL YOUR FRIENDS ABOUT US! WE NEED YOUR BUSINESS*

**TOTAL PAID TODAY IS $       360.00**


**NEXT PAYMENT DATE      12/06/17**



Case No.: 18-10575-AEC

RECEIPT  DATE 2/28/19  No. 976662

RECEIVED FROM Shannon Mathis  $ 360.00

_____ DOLLARS

○ FOR RENT
○ FOR _____ Curndte

| ACCOUNT | 360 | 00 | ○ CASH |
| PAYMENT | | | ○ CHECK |  FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER |  |
| | | | ○ CREDIT CARD |  BY S. Tyler |

3-11



USAA
FEDERAL
SAVINGS
BANK

Case No.: 18-10575-AEC

PAGE   2

SHANNON DIONNE MATHIS
1715 GILLESPIE AVE
ALBANY GA  31707-4719

0
15

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 02372-8070-1 | USAA CASHBACK REWARDS CHECKING | 03/15/18 - 04/16/18 |

    OTHER DEBITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION
    03/19         15.00 DEBIT CARD PURCHASE     031718    5542031718
                        HOMERUN FOODS #9         ALBANY         GA
    03/19         24.98 DEBIT CARD PURCHASE     031718    5814031718
                        MCDONALD'S F5973         ALBANY         GA
    03/20          8.03 POS DEBIT               032018    5310032018
                        DOLLAR-GENERAL1109 W BROAALBANY         GA
    03/20         17.64 DEBIT CARD PURCHASE     031918    5814031918
                        CHURCH'S CHICKEN 0       ALBANY         GA
    03/20         24.01 DEBIT CARD PURCHASE     031918    5542031918
                        PACE                     ALBANY         GA
    03/20          6.99 ACH DEBIT               032018
                        DISH NETWORK    DISH NTWRK ********** SPA
    03/21          5.97 DEBIT CARD PURCHASE     032118    5735032118
                        APL* ITUNES.COM/BILL     866-712-7753 CA
    03/21         17.10 POS DEBIT               032118    5912032118
                        WALGREENS STORE 300 N    ALBANY         GA
    03/22         13.86 DEBIT CARD PURCHASE     032118    5814032118
                        MCDONALD'S F3505         ALBANY         GA
    03/22         35.01 DEBIT CARD PURCHASE     032118    5542032118
                        COLLEGE CORNER           ALBANY         GA
    03/22         40.00 DEBIT CARD PURCHASE     032118    4829032118
                        SQC*LYNN                 . /            CA
    03/22        190.00 OFFICIAL CHECK REQUEST
    03/22          5.00 OFFICIAL CHECK FEE
    03/22          8.00 EXPEDITED MAIL FEE
    03/26          5.89 POS DEBIT               032518    5310032518
                        DOLLAR-GENERAL1109 W BROAALBANY         GA
    03/26          8.43 DEBIT CARD PURCHASE     032418    5814032418
                        MCDONALD'S F3505         ALBANY         GA
    03/26          8.98 DEBIT CARD PURCHASE     032318    5735032318
                        APL* ITUNES.COM/BILL     866-712-7753 CA
    03/26          9.30 DEBIT CARD PURCHASE     032318    5811032318
                        MOES ONLINE#151          OLO.COM        GA
    03/26          9.98 DEBIT CARD PURCHASE     032418    5735032418
                        APL* ITUNES.COM/BILL     866-712-7753 CA
    03/26          9.98 DEBIT CARD PURCHASE     032418    5735032418
                        APL* ITUNES.COM/BILL     866-712-7753 CA



FDIC
INSURED

105848-0814_06
BMFR1A

Case No.: 18-10575-AEC





Phoebe Putney Health System, Inc.

### General Information

| | | | | |
|---|---|---|---|---|
| Code: | 24892 | Facility: | PPH | PPH Facility |
| Name: | Mathis, Shannon | Department: | 401030 | Women's and Children's Administration |

### Messages

Last calculated as of - 06/11/2018 08:48.
Time card has been approved by Tracey Kiesau on 06/10/2018 at 22:55.

### Approval Summary

Time card has been approved by Tracey Kiesau on 06/10/2018 at 22:55.

### Sign Offs

| | | | | | |
|---|---|---|---|---|---|
| Supervisor Number: | 14330 | Name: | April Little | Signature: | _____ |
| Supervisor Number: | 16382 | Name: | Brittany Berry | Signature: | _____ |
| Supervisor Number: | 20566 | Name: | Tracey Kiesau | Signature: | _____ |

Employee Signature: _____

### Pay Distribution Summary

| REG1 | BRV | PTO |
|---|---|---|
| 48.75 | 7.75 | 23.50 |

### Pay Distribution Categories

**Standard Categories**

| | | | | | |
|---|---|---|---|---|---|
| Total Hours: | 80.00 | Total Dollars: | $0.00 | Total Units: | 0.00 |
| Overtime Hours: | 0.00 | Overtime Dollars: | $0.00 | Overtime Units: | 0.00 |

**User Defined Categories**

| | | | |
|---|---|---|---|
| Productive Hours: | 48.75 | Non-Productive Hours: | 23.50 |

### Exception Summary

| Date | Type | Message | Created |
|---|---|---|---|
| 06/02/2018 | Calculation | Hours reported in excess of Approved Hours in the week | 06/10/2018 20:36 |
| 06/09/2018 | Calculation | Hours reported in excess of Approved Hours in the week | 06/10/2018 20:36 |

### Clocking/Calendar Pay Distribution

**Monday, May 28, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| PTO | | | | | | |
| 8.00 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Worked Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |
| Total Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |

**Tuesday, May 29, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 8.00 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Worked Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |
| Total Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |

**Wednesday, May 30, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 8.25 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Worked Hours: | 8.25 | Dollars: | $0.00 | Units: | 0.00 |
| Total Hours: | 8.25 | Dollars: | $0.00 | Units: | 0.00 |

**Thursday, May 31, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 8.00 | | | | | | |

| | | | Worked Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |

**Friday, June 1, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| BRV | | | | | | |
| 7.75 | | | | | | |

| | | | Worked Hours: | 7.75 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 7.75 | Dollars: | $0.00 | Units: | 0.00 |

**Monday, June 4, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 8.75 | | | | | | |

| | | | Worked Hours: | 8.75 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 8.75 | Dollars: | $0.00 | Units: | 0.00 |

**Tuesday, June 5, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 0.75 | | | | | | |

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 6.50 | | | | | | |

| | | | Worked Hours: | 7.25 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 7.25 | Dollars: | $0.00 | Units: | 0.00 |

**Wednesday, June 6, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| PTO | | | | | | |
| 8.00 | | | | | | |

| | | | Worked Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 8.00 | Dollars: | $0.00 | Units: | 0.00 |

**Thursday, June 7, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| PTO | | | | | | |
| 7.50 | | | | | | |

| | | | Worked Hours: | 7.50 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 7.50 | Dollars: | $0.00 | Units: | 0.00 |

**Friday, June 8, 2018**

| Facility | Department | Job Class | Position | Labor Distribution | Grant | Project |
|---|---|---|---|---|---|---|
| PPH | 401030 | 87310 | PPH-401030-01-87310 | | | |
| REG1 | | | | | | |
| 8.50 | | | | | | |

| | | | Worked Hours: | 8.50 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Total Hours: | 8.50 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Pay Period Worked Hours: | 80.00 | Dollars: | $0.00 | Units: | 0.00 |
| | | | Pay Period Total Hours: | 80.00 | Dollars: | $0.00 | Units: | 0.00 |

**Clocking/Calendar Summary With Pay Code Totals**

**Monday, May 28, 2018**

| | Time | Pay Code | Quick Code | Hours | Amount | Lunch | Override | Device |
|---|---|---|---|---|---|---|---|---|
| [ | 08:00 | PTO | | 8.00 | | | | |
| | PTO | | | | | | | |
| | 8.00 | | | | | | | |

**Tuesday, May 29, 2018**

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| b | 08:04 | | | | | | | | 146 | NoAnswer |
| b | 16:03 | | | | | | | | 151 | Yes |

REG1
   8.00

### Wednesday, May 30, 2018

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| @ | 08:10 | | | | | | | | | NoAnswer |
| b | 16:36 | | | | | | | | 151 | Yes |
| | REG1 | | | | | | | | | |
| | 8.25 | | | | | | | | | |

### Thursday, May 31, 2018

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| @ | 08:27 | | | | | | | | | NoAnswer |
| @ | 16:32 | | | | | | | | | Yes |
| | REG1 | | | | | | | | | |
| | 8.00 | | | | | | | | | |

### Friday, June 1, 2018

| | Time | Pay Code | Quick Code | Hours | Amount | Lunch | Override | Device |
|---|---|---|---|---|---|---|---|---|
| [ | 08:00 | BRV | | | 8.00 | | | |
| | BRV | | | | | | | |
| | 7.75 | | | | | | | |

### Monday, June 4, 2018

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| @ | 08:32 | | | | | | | | | NoAnswer |
| @ | 17:21 | | | | | | | | | Yes |
| | REG1 | | | | | | | | | |
| | 8.75 | | | | | | | | | |

### Tuesday, June 5, 2018

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| b | 08:30 | | | | | | | | | NoAnswer |
| b | 09:14 | | | | | | | | 151 | NoAnswer |
| [ | 10:25 | | | | | | | | 151 | NoAnswer |
| @ | 17:00 | | | | | | | | | Yes |
| | REG1 | | | | | | | | | |
| | 7.25 | | | | | | | | | |

### Wednesday, June 6, 2018

| | Time | Pay Code | Quick Code | Hours | Amount | Lunch | Override | Device |
|---|---|---|---|---|---|---|---|---|
| [ | 08:00 | PTO | | | 8.00 | | | |
| | PTO | | | | | | | |
| | 8.00 | | | | | | | |

### Thursday, June 7, 2018

| | Time | Pay Code | Quick Code | Hours | Amount | Lunch | Override | Device |
|---|---|---|---|---|---|---|---|---|
| [ | 08:00 | PTO | | | 8.00 | | | |
| | PTO | | | | | | | |
| | 7.50 | | | | | | | |

### Friday, June 8, 2018

| | Time | Special Codes | Quick Code | Rate | Prompt Time | Prompt Hour | Lunch | Override | Device | User Shift Answer |
|---|---|---|---|---|---|---|---|---|---|---|
| @ | 08:25 | | | | | | | | | NoAnswer |
| @ | 17:06 | | | | | | | | | Yes |
| | REG1 | | | | | | | | | |
| | 8.50 | | | | | | | | | |

**Adjustment Pay Distribution**

**Adjustment Summary With Pay Code Totals**

**Employee Information**

| | | | |
|---|---|---|---|
| Hire Date: | 08/07/2017 | Title: | Service Line Coordinator |
| Term Date: | | Status: | A |
| Birth Date: | 09/03 | | |

**Benefits Summary**

| | Current | Year To Date |
|---|---|---|



U.S. POSTAGE
PAID
ALBANY, GA
JUL 17 2018
AMOUNT
$1.84
R2305K13231G-16

31202

1000

Shannon Dione ~~~~
1715 Gillespie A~
Albany, GA 3170

U.S. Bankruptcy Court
Middle District of Georgia
ATTN: Court Clerk
P.O. Box 1957
Macon , GA 31202